UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEARL AND ANDY THEUS,<br><br>    Plaintiffs,<br><br>v.<br><br>MIDLAND FUNDING, LLC;<br>MINDLAND CREDIT<br>MANAGEMENT, INC.; AND<br>ENCORE CAPITAL GROUP, INC.,<br><br>    Defendants. | Case No.13cv0264 AJB (JMA)<br><br>ORDER GRANTING JOINT<br>MOTION TO DISMISS<br><br>(Doc. No. 11) |

Based upon the Joint Motion for Dismissal by all parties, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-referenced matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: August 19, 2013

_____
Hon. Anthony J. Battaglia
U.S. District Judge